UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Tyler Simmons,

    Plaintiff,

v.

Merchants & Medical Credit
Corporation, Inc.,

    Defendant.

_____/

Case No. 14-cv-14522
Hon. Judith E. Levy
Mag. R. Steven Whalen

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their undersigned counsel, stipulate and agree, that the above-captioned action be dismissed with prejudice. The parties further agree that each side shall bear their own attorney's fees and costs.

    IT IS SO ORDERED.


Dated: June 22, 2015　　　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　　United States District Judge

1

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 22, 2015.

            s/Holly Monda
            HOLLY MONDA, in the absence
            of FELICIA M. MOSES
            Case Manager